IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00801-KDB

| | |
|---|---|
| ROBERT SWIERSKI, <br><br> Appellant/Debtor, <br><br> v. <br><br> JENNY P. HOLMAN, <br><br> Appellee/Trustee. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Renewed Emergency Motion to Stay Pending Appeal (Doc. No. 7). The Court has carefully considered this motion and finds that the motion should be denied. Appellant/Debtor has been given ample (indeed generous) opportunities to satisfy Fed. R. Bankr. P. 8009(a), which is necessary for him to pursue his appeal. He has repeatedly failed to do so. Therefore, the Court will **DENY** the motion to further stay these proceedings and **AFFIRMS** its February 26, 2024 Order (Doc. No. 6).

**SO ORDERED ADJUDGED AND DECREED**.

Signed: March 7, 2024

Kenneth D. Bell
United States District Judge